91 F.3d 132
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Michael RANKINS, Plaintiff-Appellant,
v.
Richard A. LANHAM, Sr.; William Smith, Warden; Queen
Stoops, Case Management; Larry Bowers, Case Management; A.
Smith, Case Management; Sergeant Yellerton, in their
individual and official capacities, Defendants--Appellees.
 No. 96-6269.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 20, 1996.
Decided July 1, 1996.
 
 Michael Rankins, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.
 Before HALL, WILKINS, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rankins v. Lanham, No. CA-95-1953-JFM (D.Md. Feb. 5, 1996).
 
 
 2
 We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 3
 AFFIRMED.